AO 91 (Rev. 11/11) Criminal Complaint

AUSA Michael Porter

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>TERRY BURNEY DELION, JR.,<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     20-052-SMM<br>)<br>)<br>) |

FILED BY    CGA    D.C.
**Sep 1, 2020**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    August 29, 2019    in the county of    Saint Lucie    in the
   Southern    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm/Ammunition by a Convicted Felon. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Special Agent Linda James
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: September 1, 2020

*Judge's signature*

City and state:    Fort Pierce, Florida      Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Linda James, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have served in that capacity, since December of 2013. I am a graduate of the Criminal Investigative Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to being employed by ATF, I was employed by the Department of Homeland Security as a Federal Air Marshal in the New York Field Office. During my career as an Air Marshal, I served as a Federal Task Force Agent assigned to the New York Police Department Intelligence Division. I served as a Field Intelligence Representative for the New York Field Office and as a Tactical Information Instructor. Currently, I am assigned to the ATF Fort Pierce Field Office, where I investigate violations of federal firearms laws and regulations. I am a federal law enforcement officer of the United States empowered by section 3051 of Title 18 of the United States Code to conduct investigations of and make arrests for offenses enumerated in Titles 18 and 26 of the United States Code.

2. This Affidavit is being submitted for the sole purpose of establishing probable cause that Terry Burney Delion, Jr. ("Delion") knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

3. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein.

As such, this affidavit does not contain all the information known regarding this investigation, but rather those facts necessary to establish the requisite probable cause.

## PROBABLE CAUSE

4. On August 29, 2019, law enforcement responded to 113 South 21st Street in Fort Pierce, Saint Lucie County, Florida, after receiving a 911 call related to an alleged robbery.

5. At approximately 8:40 p.m., Fort Pierce Police Officer Bryan Gonzalez arrived at 113 South 21st Street and recovered a sweatshirt, loaded Glock, Model 26, 9mm semi-automatic pistol bearing serial number BHLL841, wallet, ski mask, and approximately $130.00 in U.S. currency. The firearm was loaded with Winchester 9mm Luger ammunition. All of these items were found together discarded in a carport attached to the residence.

6. A law enforcement K-9 tracked the scent from the sweatshirt Officer Gonzalez recovered to the parking lot of the Family Dollar located at 1712 Orange Avenue, in Fort Pierce, where Delion was located.

7. At approximately 8:50 p.m., Delion was arrested in the parking lot of the Family Dollar. The Family Dollar is less than a mile from 113 South 21st Street.

8. The sweatshirt and ski mask recovered from the carport at 113 South 21st Street were processed for DNA evidence. A forensic biologist from the Indian River Crime Laboratory, Julie Casals, examined DNA recovered from the sweatshirt and compared it to Delion's DNA profile. Ms. Casals determined that some of the DNA recovered from the sweatshirt matched Delion's DNA profile. Ms. Casals also examined DNA recovered from the ski mask and determined that some of the DNA recovered from the ski mask matched Delion's DNA profile.

9. On July 22, 2020, Delion was interviewed by FBI Special Agent Ricardo J. Enriquez. Delion was advised of his *Miranda* Rights and agreed to speak with Agent Enriquez. After consulting with his attorney, Delion executed an Advice of Rights waiving his *Miranda* Rights.

10. Delion admitted to Agent Enriquez that he possessed the above-referenced Glock, Model 26, 9mm semi-automatic pistol on August 29, 2019, in the Southern District of Florida. Delion also admitted he knew he was a convicted felon and prohibited by law from possessing firearms.

11. I recently confirmed that in February 2010, Delion was convicted of bank robbery in violation of Title 18, United States Code, Section 2113(a), and brandishing a firearm during and in relation to a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), in the Southern District of Florida. Delion was sentenced to 117 months' imprisonment for these offenses, which consisted of 33 months on the bank robbery conviction, and 84 months on the conviction for brandishing a firearm during and in relation to a crime of violence, to be served consecutively, followed by 3 years of supervised release. Delion was released from prison on these charges in July 2018.

12. On August 20, 2020, ATF Interstate Nexus expert Special Agent Michael Kelly determined that the above-referenced loaded Glock, Model 26, 9mm semi-automatic pistol bearing serial number BHLL841 and Winchester 9mm Luger ammunition were not manufactured in the State of Florida, and thus previously travelled in and affected interstate commerce.

13. Delion is currently in federal custody on a supervised release violation related to his unlawful possession of a firearm and ammunition on August 29, 2019.

## CONCLUSION

14. Based upon the foregoing, I respectfully submit that there is probable cause that Terry Burney Delion, Jr. knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), as set forth herein.

Respectfully submitted,

Linda James
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me, by video conference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __1st__ day of September, 2020.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-052-SMM

UNITED STATES OF AMERICA

v.

TERRY BURNEY DELION, JR.,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
MICHAEL PORTER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0031149
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:    772-466-0899
Fax:    772-466-1020
Email:  michael.porter2@usdoj.gov